# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20CR0921-WQH |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE; ORDER TO EXONERATE THE BOND** |
| v. | |
| NORA GIL, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice and the bond in this case be exonerated.

IT IS SO ORDERED.

Dated: July 23, 2020

Hon. William Q. Hayes
United States District Court